No. 16,957.

IN THE MATTER OF THE PETITION OF CEDILLO
*v.* THE PEOPLE.
(251 P. [2d] 1078)

Decided December 15, 1952. Rehearing denied January 5, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. S. PHILIP CABIBI, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAW-RENCE HINKLEY, Deputy, Mr. FRANK A. WACHOB, Assistant, for the people.